## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

Pro Energy, LLC,       )
            )
  Plaintiff,       )
            )  Case No.
  v.         )
            )
United States of America    )
            )
  Defendant.      )
_____ )

## COMPLAINT

Plaintiff Pro Energy, LLC states by way of complaint against Defendant United States of America, as follows:

### NATURE OF THE ACTION

1. Plaintiff brings this suit pursuant to 26 U.S.C. § 7422(a) and 28 U.S.C. § 1346(a)(1) for the recovery of federal excise taxes erroneously assessed against and collected from Pro Energy, LLC by Defendant for the 2021 and 2022 tax years.

### PARTIES AND JURISDICTION

2. Plaintiff Pro Energy, LLC is a Florida limited liability company with its principal office is located at 9780 NW 115th Way, Medley, Florida 33178.

3. Defendant is the United States of America.

## JURISDICTION AND VENUE

4.    This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1346(a)(1) and 26 U.S.C. § 7422(a).

5.    Pro Energy filed Forms 8849 claim refunds of fuel excise taxes for the tax periods Q3 2021, Q4 2021, Q2 2022 and Q3 2022.

6.    It has been more than six months since Pro Energy, LLC filed these refund claims, and the Service has not granted the refund claims, nor has it disallowed the refund claims.  Therefore, Pro Energy is filing the suit within the timeframe specified by 26 U.S.C. § 6532.

7.    Venue is proper in this district pursuant to 28 U.S.C. § 1396 because Pro Energy, LLC is located in this district.

8.    Venue is proper in this district pursuant to 28 U.S.C. § 1402(a)(2) because Pro Energy, LLC's principal office is located in this district and brings this action against the United States of America.

## FACTUAL ALLEGATIONS

9.    On or about October 7, 2021, Pro Energy, LLC filed Form 8849, Claim for Refund of Excise Taxes for the period of July 1, 2021 to September 30, 2021, claiming a refund of $443,162.99.  A copy of the refund claim is attached as **Exhibit A**.

2

10.     In about January 2022, Pro Energy, LLC filed Form 8849, Claim for Refund of Excise Taxes for the period of October 1, 2021, to December 31, 2021, claiming a refund of $459,723.20.  A copy of an excerpt of the refund claim is attached as **Exhibit B**.

11.     On or about May 16, 2022, Pro Energy, LLC filed Form 8849, Claim for Refund of Excise Taxes for the period of July 1, 2021, to September 30, 2021, claiming a refund of $443,161.23.  This was an amendment to the prior refund claim for the same period.  A copy of the amended refund claim is attached as **Exhibit C**.

12.     On or about May 16, 2022, Pro Energy, LLC filed Form 8849, Claim for Refund of Excise Taxes for the period of October 1, 2021, to December 31, 2021, claiming a refund of $459,753.46.  This was an amendment to the prior refund claim for the same period.  A copy of the amended refund claim is attached as **Exhibit D**.

13.     On or about July 8, 2022, Pro Energy, LLC filed Form 8849, Claim for Refund of Excise Taxes for the period of April 1, 2022, to July 31, 2022, claiming a refund of $474,472.87.  A copy of the refund claim is attached as **Exhibit E**.

14.     On or about October 14, 2022, Pro Energy, LLC filed Form 8849, Claim for Refund of Excise Taxes for the period July 1, 2022, to September 30, 2022, claiming a refund of $482,368.39.  A copy of the refund claim is attached as **Exhibit F**.

15.    As described in the refund claims, Pro Energy, LLC is entitled to a refund of the excise taxes, because Pro Energy is an ultimate vendor of undyed diesel fuel, and it made sales to state or local governments.

16.    Pro Energy, LLC provides service to local governments throughout the State of Florida, including cities, schools and law enforcement.

17.    The names and taxpayer identification numbers of the purchasers, along with the amount of diesel fuel purchased, are detailed in the refund claims.

18.    Pro Energy filed the Forms 8849 were filed with the Internal Revenue Service at Covington, Kentucky, or filed them electronically, and pursuant to the applicable Treasury regulations constitutes a claim for refund.

19.    Thereafter, Pro Energy contacted the Service via the IRS Excise Tax Support Line numerous times throughout March 2022.  Pro Energy was informed that the Service would not process its refund claims; however, it has never received a formal denial of the claims.

20.    Because the Service has refused to process Pro Energy's refund claims, and its attempts to engage the Service directly about these claims have not been successful, Pro Energy is now filing this refund action.

## COUNT ONE – REFUND OF TAXES
## 26 U.S.C. § 7422

21.    Pro Energy, LLC incorporates by reference the allegations contained in ¶¶1-20.

22.    Pro Energy, LLC has filed claims for refund of fuel excise taxes for Q3 2021, Q4 2021, Q2 2022 and Q3 2022.

23.    It has been more than six months since the filing of these refund claims, and the Internal Revenue Service has failed to act on them.

24.    Plaintiff therefore brings this refund suit to compel the Service to act on its refund claims and to issue the refunds.

25.    Plaintiff is entitled to a refund of fuel excise taxes of $443,161.23 for Q3 2021, $459,753.46 for Q4 2021, $474,472.87 for Q2 2022, and $482,368.39 for Q3 2022.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment against the United States:

(a) Ordering that Plaintiff is entitled to a refund of fuel excise taxes of $443,161.23 for Q3 2021, $459,753.46 for Q4 2021, $474,472.87 for Q2 2022, and $482,368.39 for Q3 2022; and

(b) Such other relief as justice might require.

## JURY DEMAND

Plaintiff demands a jury trial on all issues so triable.


Dated: May 5, 2023                    Respectfully Submitted,

                                       /s/ Brian R. Harris
                                       Brian R. Harris
                                       FL Bar No. 512001
                                       **FOGARTY MUELLER HARRIS, PLLC**
                                       501 E. Kennedy Blvd., Ste. 790
                                       Tampa, FL 33602
                                       813-682-1720 (phone)
                                       brian@fmhlegal.com