Exhibit

B

**Schedule 2**
**(Form 8849)**
(Rev. December 2005)
Department of the Treasury
Internal Revenue Service

# Sales by Registered Ultimate Vendors

▶ Attach to Form 8849. **Do not** file with any other schedule.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN | Total refund (see instructions) |
|---|---|---|
| PRO ENERGY LLC | ▮▮▮▮▮ | $  459,723.20 |

| Period of claim: *Enter month, day, and year in MMDDYYYY format.* | From ▶  10012021 | To ▶  12312021 |
|---|---|---|

Claimant's registration no. ▶  U V ___ 2006-001105-UV ___ — Complete for lines 1a, 2a, 4a, 4b, 5a, and 5b. Also complete for lines 3d and 3e, type of use 14. **Note:** *UV claimant must complete line 6 or 7 on page 3.*

▶  U B _____ — Complete for lines 1b and 2c.

▶  U P _____ — Complete for line 2b.

▶  U A _____ — Complete for line 3. See **UV** for lines 3d and 3e, type of use 14.

## 1   Sales by Registered Ultimate Vendors of Undyed Diesel Fuel

Claimant sold the diesel fuel at a tax-excluded price, repaid the amount of tax to the buyer, or obtained written consent of the buyer to make the claim. **For line 1a,** claimant has obtained the required certificate from the buyer and has no reason to believe any information in the certificate is false. **For line 1b,** the registered ultimate vendor is eligible to make this claim only if the buyer waives their right to make the claim by providing the registered ultimate vendor with an unexpired waiver and has no reason to believe any of the information in the waiver is false. See the instructions for additional information to be submitted.

Claimant certifies that the diesel fuel did not contain visible evidence of dye.

**Exception.** If any of the diesel fuel included in this claim **did** contain visible evidence of dye, attach an explanation and check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**Caution:** *Registered ultimate vendors cannot make claims for diesel fuel sold for use on a farm for farming purposes after September 30, 2005. Claims cannot be made on line 1a for diesel fuel purchased by a state or local government for its exclusive use with a credit card issued to the state or local government by the credit card issuer.*

| | **(a) Rate** | **(b) Gallons** | **(c) Amount of refund** Multiply col. **(a)** by col. **(b)** | **(d) CRN** |
|---|---|---|---|---|
| **a**  Use by a state or local government | $   .243 | 1,007,301.3 | $   244,774 22 | 360 |
| **b**  Use in certain intercity and local buses | .17 | | | 350 |

## 2   Sales by Registered Ultimate Vendors of Undyed Kerosene (Other Than Kerosene For Use in Aviation)

Claimant sold the kerosene at a tax-excluded price, repaid the amount of tax to the buyer, or obtained written consent of the buyer to make the claim. **For line 2a,** claimant has obtained the required certificate from the buyer and has no reason to believe any information in the certificate is false. **For line 2b,** claimant has a statement, if required, that contains: the date of sale, name and address of the buyer, and the number of gallons of kerosene sold to the buyer. **For line 2c,** the registered ultimate vendor is eligible to make this claim only if the buyer waives their right to make the claim by providing the registered ultimate vendor with an unexpired waiver and has no reason to believe any of the information in the waiver is false. See the instructions for additional information to be submitted.

Claimant certifies that the kerosene did not contain visible evidence of dye.

**Exception.** If any of the kerosene included in this claim **did** contain visible evidence of dye, attach an explanation and check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**Caution:** *Registered ultimate vendors cannot make claims for kerosene sold for use on a farm for farming purposes after September 30, 2005. Claims cannot be made on line 2a for kerosene purchased by a state or local government for its exclusive use with a credit card issued to the state or local government by the credit card issuer.*

| | **(a) Rate** | **(b) Gallons** | **(c) Amount of refund** Multiply col. **(a)** by col. **(b)** | **(d) CRN** |
|---|---|---|---|---|
| **a**  Use by a state or local government | $   .243 | | $ | 346 |
| **b**  Sales from a blocked pump | .243 | | | |
| **c**  Use in certain intercity and local buses | .17 | | | 350 |

**For Privacy Act and Paperwork Reduction Act Notice, see Form 8849 instructions.**   Cat. No. 27450U   **Schedule 2 (Form 8849)** (Rev. 12-2005)

Schedule 2 (Form 8849) (Rev. 12-2005)                                                                    Page **2**

| Name as shown on Form 8849 | EIN |
|---|---|
| **PRO ENERGY LLC** | ████████ |

**3   Sales by Registered Ultimate Vendors of Kerosene for Use in Aviation after September 30, 2005**

Claimant sold the kerosene for use in aviation at a tax-excluded price and has not collected the amount of tax from the buyer, repaid the amount of tax to the buyer, or has obtained written consent of the buyer to make the claim. **For lines 3a and 3b,** the registered ultimate vendor is eligible to make this claim only if the buyer waives their right to make the claim by providing the registered ultimate vendor with an unexpired waiver and has no reason to believe any of the information in the waiver is false. **For lines 3c, 3d, and 3e,** claimant has obtained the required certificate from the buyer and has no reason to believe any of the information in the certificate is false. See the instructions for additional information to be submitted.

| | Type of use | (a) Rate | (b) Gallons | (c) Amount of refund multiply col. (a) by col. (b) | (d) CRN |
|---|---|---|---|---|---|
| **a** Use in commercial aviation (other than foreign trade) taxed at $.219 | | $ .175 | | $ | 355 |
| **b** Use in commercial aviation (other than foreign trade) taxed at $.244 | | .200 | | | |
| **c** Nonexempt use in noncommercial aviation | | .025 | | | |
| **d** Other nontaxable uses taxed at $.244 | | .243 | | | 369 |
| **e** Other nontaxable uses taxed at $.219 | | .218 | | | |

**4   Sales by Registered Ultimate Vendors of Gasoline**

Claimant sold the gasoline at a tax-excluded price and has not collected the amount of tax from the buyer, repaid the amount of tax to the buyer, or has obtained written consent of the buyer to make the claim; and obtained an unexpired certificate from the buyer and has no reason to believe any information in the certificate is false. See the instructions for additional information to be submitted.

**Caution:** *Claims cannot be made on line 4a or 4b for gasoline purchased by a state or local government or a nonprofit educational organization for its exclusive use with a credit card issued to the state or local government or nonprofit educational organization by the credit card issuer.*

| | (a) Rate | (b) Gallons | (c) Amount of refund Multiply col. (a) by col. (b) | (d) CRN |
|---|---|---|---|---|
| **a** Use by a nonprofit educational organization | $ .183 | | $ | 362 |
| **b** Use by a state or local government | .183 | 1,174,748.5 | 214,978 \| 98 | |

**5   Sales by Registered Ultimate Vendors of Aviation Gasoline**

Claimant sold the aviation gasoline at a tax-excluded price and has not collected the amount of tax from the buyer, repaid the amount of tax to the buyer, or has obtained written consent of the buyer to make the claim; and obtained an unexpired certificate from the buyer and has no reason to believe any information in the certificate is false. See the instructions for additional information to be submitted.

**Caution:** *Claims cannot be made on line 5a or 5b for aviation gasoline purchased by a state or local government or a nonprofit educational organization for its exclusive use with a credit card issued to the state or local government or nonprofit educational organization by the credit card issuer.*

| | (a) Rate | (b) Gallons | (c) Amount of refund Multiply col. (a) by col. (b) | (d) CRN |
|---|---|---|---|---|
| **a** Use by a nonprofit educational organization | $ .193 | | $ | 324 |
| **b** Use by a state or local government | .193 | | | |

Schedule 2 (Form 8849) (Rev. 12-2005)

Schedule 2 (Form 8849) (Rev. 12-2005)                                                                    Page **3**

| Name as shown on Form 8849 | EIN |
|---|---|
| **PRO ENERGY LLC** | ███████████ |

### 6   Government Unit Information

Complete if making a claim on lines 1a or 2a; or lines 3d and 3e for type of use 14. Enter the information below for each governmental unit to whom the fuel was sold. If more space is needed, attach additional sheets.

| Taxpayer Identification No. | Name | Gallons |
|---|---|---|
| ██████████ | **City of Miami Springs** | 8,111.0 |
| ██████████ | **Lake Worth City Public Works** | 27,205.0 |
| ██████████ | **Orange County School Board** | 543,581.0 |
| ██████████ | **Seacoast Utility Authority** | 3,666.0 |
| ██████████ | **Town of Jupiter** | 1,103.0 |
| ██████████ | **South Florida Water Management District** | 10,050.0 |
| ██████████ | **City of Palm Beach Gardens** | 12,517.9 |
| ██████████ | **Pinellas County School Board** | 89,246.0 |
| ██████████ | **Charlotte County** | 72,444.5 |
| ██████████ | **City of Largo** | 68,993.0 |
| ██████████ | **Miami-Dade County Public Schools** | 46,421.0 |

### 7   Nonprofit Educational Organization and Government Unit Information

Complete if making a claim on lines 4a, 4b, 5a, or 5b. Enter the information below for each nonprofit educational organization or governmental unit to whom the gasoline or aviation gasoline was sold. If more space is needed, attach additional sheets.

| Taxpayer Identification No. | Name | Gallons |
|---|---|---|
| ██████████ | **Hillsborough County Sheriffs Office** | 433,544.0 |
| ██████████ | **Florida Department of Environmental Protection** | 700.0 |
| ██████████ | **City of Miami Springs** | 15,497.0 |
| ██████████ | **Hillsborough County Public Schools** | 41,730.0 |
| ██████████ | **Lake Worth City Public Works** | 19,729.0 |
| ██████████ | **Town of Jupiter** | 55,260.0 |
| ██████████ | **City of Palm Beach Gardens** | 50,438.0 |
| ██████████ | **South Florida Water Management District** | 1,950.0 |
| ██████████ | **Broward College** | 3,398.0 |
| ██████████ | **Aventura Police** | 26,782.0 |
| ██████████ | **Seacoast Utility Authority** | 10,050.5 |

Schedule 2 (Form 8849) (Rev. 12-2005)                                                                      Page **3**

| Name as shown on Form 8849 | EIN |
|---|---|
| **PRO ENERGY LLC** | ███████ |

### 6   Government Unit Information

Complete if making a claim on lines 1a or 2a; or lines 3d and 3e for type of use 14. Enter the information below for each governmental unit to whom the fuel was sold. If more space is needed, attach additional sheets.

| Taxpayer Identification No. | Name | Gallons |
|---|---|---|
| ██████████ | **Pinellas County Board of County Commissioners** | 57,063.0 |
| ██████████ | **City of Gulfport** | 11,593.0 |
| ██████████ | **City of Dunedin** | 29,762.0 |
| ██████████ | **Manatee County School District** | 11,915.0 |
| ██████████ | **Southwest Florida Water Management District** | 9,929.0 |
| ██████████ | **Broward College** | 279.0 |
| ██████████ | **Florida Department of Corrections** | 3,421.9 |
| | | |
| | | |
| | | |
| | | |

### 7   Nonprofit Educational Organization and Government Unit Information

Complete if making a claim on lines 4a, 4b, 5a, or 5b. Enter the information below for each nonprofit educational organization or governmental unit to whom the gasoline or aviation gasoline was sold. If more space is needed, attach additional sheets.

| Taxpayer Identification No. | Name | Gallons |
|---|---|---|
| ██████████ | **Charlotte County Board of Commissioners** | 64,015.0 |
| ██████████ | **Pinellas County Board of County Commissioners** | 303,459.0 |
| ██████████ | **Miami-Dade County Public Schools** | 12,346.0 |
| ██████████ | **City of Largo** | 56,782.0 |
| ██████████ | **City of Dunedin** | 16,327.0 |
| ██████████ | **City of Gulfport** | 14,203.0 |
| ██████████ | **Tampa Bay Water** | 6,939.0 |
| ██████████ | **Manatee County School District** | 11,919.0 |
| ██████████ | **Southwest Florida Water Management District** | 11,394.0 |
| ██████████ | **Florida Department of Corrections** | 18,286.0 |
| | | |

Schedule 2 (Form 8849) (Rev. 12-2005)