# Exhibit

# C

Form **8849**
(Rev. August 2014)
Department of the Treasury
Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

▶ **Information about Form 8849 and its instructions is at *www.irs.gov/form8849*.**

Print clearly. Leave a blank box between words.

Name of claimant

PRO ENERGY LLC

**Employer identification number (EIN)**

█████████

Address (number, street, room or suite no.)

9780 NW 115th Way

**Social security number (SSN)**

City or town, and state or province. If you have a foreign address, see instructions.

Medley                    FL

ZIP or foreign postal code

33178

Foreign country, if applicable. Do not abbreviate.

Month claimant's income tax year ends

December

Daytime telephone number (optional)

954-431-5389

**Caution. *Do not*** use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on Form 720, Schedule C; Form 4136, Credit for Federal Tax Paid on Fuels; Form 2290, Heavy Highway Vehicle Use Tax Return; or Form 730, Monthly Tax Return for Wagers.

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, 5, and 8 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| Schedule 1 | Nontaxable Use of Fuels | |
| Schedule 2 | Sales by Registered Ultimate Vendors | ✔ |
| Schedule 3 | Certain Fuel Mixtures and the Alternative Fuel Credit | |
| Schedule 5 | Section 4081(e) Claims | |
| Schedule 6 | Other Claims | |
| Schedule 8 | Registered Credit Card Issuers | |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signed Electronically          MEMBER                    2022-05-16

Signature and title (if applicable)                                        Date

Type or print your name below signature.

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.**          Cat. No. 20027J          Form **8849** (Rev. 8-2014)

**Schedule 2
(Form 8849)**

(Rev. December 2020)

Department of the Treasury
Internal Revenue Service

# Sales by Registered Ultimate Vendors

▶ **Attach to Form 8849. Do not file with any other schedule.**
▶ **Go to** *www.irs.gov/Form8849* **for the latest information.**

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN | Total refund (see instructions) |
|---|---|---|
| PRO ENERGY LLC | ▮▮▮▮▮▮▮ | $ 443,161.32 |

**Period of claim:** *Enter month, day, and year in MMDDYYYY format.*  From ▶ July 01, 2021  To ▶ Sep 30, 2021

**Claimant's registration no.** ▶  U V ___2006-001105-UV___

*Complete for lines 1a, 2a, 4a, 4b, 5a, and 5b. Also complete for lines 3d and 3e, type of use 14.*
**Note:** *UV claimant must complete line 6 or 7 on page 3.*

▶ U B _____  *Complete for lines 1b and 2c.*

▶ U P __  *Complete for line 2b.*

▶ U A __  *Complete for line 3. See* **UV** *for lines 3d and 3e, type of use 14.*

---

**1  Sales by Registered Ultimate Vendors of Undyed Diesel Fuel**

Claimant sold the diesel fuel at a tax-excluded price, repaid the amount of tax to the buyer, or obtained written consent ☐ of the buyer to make the claim. **For line 1a,** claimant has obtained the required certificate from the buyer and has no reason to believe any information in the certificate is false. **For line 1b,** the registered ultimate vendor is eligible to make this claim only if the buyer waives their right to make the claim by providing the registered ultimate vendor with an unexpired waiver and has no reason to believe any of the information in the waiver is false. See the instructions for additional information to be submitted.

Claimant certifies that the diesel fuel did not contain visible evidence of dye.

**Exception.** If any of the diesel fuel included in this claim **did** contain visible evidence of dye, attach an explanation and check here  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**Caution:** Claims cannot be made on line 1a for diesel fuel purchased by a state or local government for its exclusive use with a credit card issued to the state or local government by a credit card issuer.

| | | (a) Rate | (b) Gallons | (c) Amount of refund *Multiply col. (a) by col. (b)* | (d) CRN |
|---|---|---|---|---|---|
| a | Use by a state or local government | $.243 | 927,284 | $ 225,330.01 | 360 |
| b | Use in certain intercity and local buses | .17 | | | 350 |

---

**2  Sales by Registered Ultimate Vendors of Undyed Kerosene (Other Than Kerosene For Use in Aviation)**

Claimant sold the kerosene at a tax-excluded price, repaid the amount of tax to the buyer, or obtained written consent of the buyer to make the claim. **For line 2a,** claimant has obtained the required certificate from the buyer and has no reason to believe any information in the certificate is false. **For line 2b,** claimant has a statement, if required, that contains the date of sale, name and address of the buyer, and the number of gallons of kerosene sold to the buyer. **For line 2c,** the registered ultimate vendor is eligible to make this claim only if the buyer waives their right to make the claim by providing the registered ultimate vendor with an unexpired waiver and has no reason to believe any of the information in the waiver is false. See the instructions for additional information to be submitted.

Claimant certifies that the kerosene did not contain visible evidence of dye.

**Exception.** If any of the kerosene included in this claim **did** contain visible evidence of dye, attach an explanation and check here  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**Caution:** Claims cannot be made on line 2a for kerosene purchased by a state or local government for its exclusive use ☐ with a credit card issued to the state or local government by a credit card issuer.

| | | (a) Rate | (b) Gallons | (c) Amount of refund *Multiply col. (a) by col. (b)* | (d) CRN |
|---|---|---|---|---|---|
| a | Use by a state or local government | $.243 | | $ | 346 |
| b | Sales from a blocked pump | .243 | | | |
| c | Use in certain intercity and local buses | .17 | | | 347 |

**For Privacy Act and Paperwork Reduction Act Notice, see the Form 8849 instructions.**  Cat. No. 27450U  **Schedule 2 (Form 8849) (Rev. 12-2020)**

Schedule 2 (Form 8849) (Rev. 12-2020)                                                                                    Page **2**

| Name as shown on Form 8849 | EIN |
|---|---|
| PRO ENERGY LLC | |

**3   Sales by Registered Ultimate Vendors of Kerosene for Use in Aviation**

Claimant sold the kerosene for use in aviation at a tax-excluded price and has not collected the amount of tax from the buyer, repaid the amount of tax to the buyer, or has obtained written consent of the buyer to make the claim. **For lines 3a, 3b, 3d, 3e, and 3f,** the registered ultimate vendor is eligible to make this claim only if the buyer waives their right to make the claim by providing the registered ultimate vendor with an unexpired waiver and has no reason to believe any of the information in the waiver is false. **For line 3c,** claimant has obtained the required certificate from the buyer and has no reason to believe any of the information in the certificate is false. See the instructions for additional information to be submitted. See the instructions for sales of kerosene used in commercial aviation from March 28, 2020, through December 31, 2020.

| | | Type of use | (a) Rate | (b) Gallons | (c) Amount of refund Multiply col. (a) by col. (b) | (d) CRN |
|---|---|---|---|---|---|---|
| a | Use in commercial aviation (other than foreign trade) taxed at $.219 | | $.175 | | $ | 355 |
| b | Use in commercial aviation (other than foreign trade) taxed at $.244 | | .200 | | | 417 |
| c | Nonexempt use in noncommercial aviation | | .025 | | | 418 |
| d | Other nontaxable uses taxed at $.244 | | .243 | | | 346 |
| e | Other nontaxable uses taxed at $.219 | | .218 | | | 369 |
| f | LUST tax on aviation fuels used in foreign trade | | .001 | | | 433 |

**4   Sales by Registered Ultimate Vendors of Gasoline**

Claimant sold the gasoline at a tax-excluded price and has not collected the amount of tax from the buyer, repaid the amount of tax to the buyer, or has obtained written consent of the buyer to make the claim; and obtained an unexpired certificate from the buyer and has no reason to believe any information in the certificate is false. See the instructions for additional information to be submitted.

**Caution:** Claims cannot be made on line 4a or 4b for gasoline purchased by a state or local government or a nonprofit educational organization for its exclusive use with a credit card issued to the state or local government or nonprofit educational organization by the credit card issuer.

| | | (a) Rate | (b) Gallons | (c) Amount of refund Multiply col. (a) by col. (b) | (d) CRN |
|---|---|---|---|---|---|
| a | Use by a nonprofit educational organization | $.183 | | $ | 362 |
| b | Use by a state or local government | .183 | 1,190,335 | 217,831.31 | |

**5   Sales by Registered Ultimate Vendors of Aviation Gasoline**

Claimant sold the aviation gasoline at a tax-excluded price and has not collected the amount of tax from the buyer, repaid the amount of tax to the buyer, or has obtained written consent of the buyer to make the claim; and obtained an unexpired certificate from the buyer and has no reason to believe any information in the certificate is false. See the instructions for additional information to be submitted.

**Caution:** Claims cannot be made on line 5a or 5b for aviation gasoline purchased by a state or local government or a nonprofit educational organization for its exclusive use with a credit card issued to the state or local government or nonprofit educational organization by the credit card issuer.

| | | (a) Rate | (b) Gallons | (c) Amount of refund Multiply col. (a) by col. (b) | (d) CRN |
|---|---|---|---|---|---|
| a | Use by a nonprofit educational organization | $.193 | | $ | 324 |
| b | Use by a state or local government | .193 | | | |

Schedule 2 (Form 8849) (Rev. 12-2020)

Schedule 2 (Form 8849) (Rev. 12-2020)                                                                Page **3**

| Name as shown on Form 8849 | EIN |
|---|---|
| PRO ENERGY LLC | ██████████ |

**6     Government Unit Information**

Complete if making a claim on lines 1a or 2a; or lines 3d and 3e for type of use 14. Enter the information below for each governmental unit to whom the fuel was sold. If more space is needed, attach additional sheets.

| Taxpayer Identification No. | Name | Gallons |
|---|---|---|
| ████████ | City of Miami Springs | 7,394 |
| ████████ | Lake Worth City Public Works | 26,620 |
| ██████ | Orange County School Board | 445,133 |
| ████████ | Seasoast Utility Authority | 4,838 |
| ████████ | Town of Jupiter | 2,150 |
| ████████ | South Florida Water Management District | 18,588 |
| ████████ | City of Palm Beach Gardens | 13,292 |
| ████████ | Pinellas County School Board | 58,260 |
| ████████ | Charlotte County Board of County Commissioners | 88,857 |
| ████████ | City of Largo | 78,721 |
| ████████ | Miami-Dade County Public Schools | 29,477 |

**7     Nonprofit Educational Organization and Government Unit Information**

Complete if making a claim on line 4a, 4b, 5a, or 5b. Enter the information below for each nonprofit educational organization  or governmental unit to whom the gasoline or aviation gasoline was sold. If more space is needed, attach additional sheets.

| Taxpayer Identification No. | Name | Gallons |
|---|---|---|
| ████████ | Lake Worth City Public Works | 18,608 |
| ████████ | Seasoast Utility Authority | 9,641 |
| ████████ | Town of Jupiter | 47,038 |
| ████████ | South Florida Water Management District | 3,685 |
| ████████ | City of Palm Beach Gardens | 54,180 |
| ████████ | Charlotte County Board of County Commissioners | 78,365 |
| ████████ | City of Largo | 62,210 |
| ████████ | Miami-Dade County Public Schools | 7,330 |
| ████████ | Pinellas County Board of County Commissioners | 320,543 |
| ████████ | City of Gulfport | 15,599 |
| ████████ | City of Dunedin | 20,238 |

Schedule 2 (Form 8849) (Rev. 12-2020)                                                                                     Page **3**

| Name as shown on Form 8849 | EIN |
|---|---|
| PRO ENERGY LLC | ███████████ |

### 6   Government Unit Information

Complete if making a claim on lines 1a or 2a; or lines 3d and 3e for type of use 14. Enter the information below for each governmental unit to whom the fuel was sold. If more space is needed, attach additional sheets.

| Taxpayer Identification No. | Name | Gallons |
|---|---|---|
| ████████ | Pinellas County Board of County Commissioners | 97,233 |
| ████████ | City of Gulfport | 10,075 |
| ████████ | City of Dunedin | 26,162 |
| ████████ | Manatee County School District | 11,849 |
| ████████ | Southwest Florida Water Management District | 8,347 |
| ████████ | Broward College | 288 |
| | | |
| | | |
| | | |
| | | |
| | | |

### 7   Nonprofit Educational Organization and Government Unit Information

Complete if making a claim on line 4a, 4b, 5a, or 5b. Enter the information below for each nonprofit educational organization  or governmental unit to whom the gasoline or aviation gasoline was sold. If more space is needed, attach additional sheets.

| Taxpayer Identification No. | Name | Gallons |
|---|---|---|
| ████████ | Manatee County School District | 11,831 |
| ████████ | Southwest Florida Water Management District | 10,783 |
| ████████ | Tampa Bay Water | 5,406 |
| ████████ | Broward College | 4,677 |
| ████████ | Aventura Police | 25,955 |
| ████████ | City of Miami Springs | 14,294 |
| ████████ | Hillsborough County Sheriffs Office | 417,512 |
| ████████ | Florida Department of Environmental Protection | 1,489 |
| ████████ | Hillsborough County Public Schools | 60,951 |
| | | |
| | | |