# Exhibit



Form **8849**
(Rev. August 2014)
Department of the Treasury
Internal Revenue Service

# Claim for Refund of Excise Taxes

▶ **Information about Form 8849 and its instructions is at** *www.irs.gov/form8849.*

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant

PRO ENERGY LLC

**Employer identification number (EIN)**

Address (number, street, room or suite no.)

9780 NW 115th Way

**Social security number (SSN)**

City or town, and state or province. If you have a foreign address, see instructions.

Medley        FL

ZIP or foreign postal code

33178

Foreign country, if applicable. Do not abbreviate.

Month claimant's income tax year ends

December

Daytime telephone number (optional)

954-431-5389

**Caution.** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on Form 720, Schedule C; Form 4136, Credit for Federal Tax Paid on Fuels; Form 2290, Heavy Highway Vehicle Use Tax Return; or Form 730, Monthly Tax Return for Wagers.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, 5, and 8 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| Schedule 1 | Nontaxable Use of Fuels | |
| Schedule 2 | Sales by Registered Ultimate Vendors | ✔ |
| Schedule 3 | Certain Fuel Mixtures and the Alternative Fuel Credit | |
| Schedule 5 | Section 4081(e) Claims | |
| Schedule 6 | Other Claims | |
| Schedule 8 | Registered Credit Card Issuers | |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signed Electronically          MANAGING MEMBER          2022-10-14

Signature and title (if applicable)                              Date

Type or print your name below signature.

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

For Privacy Act and Paperwork Reduction Act Notice, see instructions.          Cat. No. 20027J          Form **8849** (Rev. 8-2014)

| **Schedule 2**<br>**(Form 8849)**<br>(Rev. December 2020)<br>Department of the Treasury<br>Internal Revenue Service | **Sales by Registered Ultimate Vendors**<br>▶ **Attach to Form 8849. Do not file with any other schedule.**<br>▶ **Go to www.irs.gov/Form8849 for the latest information.** | OMB No. 1545-1420 |
| --- | --- | --- |

| Name as shown on Form 8849 <br><br> PRO ENERGY LLC | EIN <br> ▮▮▮▮▮▮ | Total refund (see instructions) <br> $    482,368.39 |
| --- | --- | --- |

**Period of claim:** *Enter month, day, and year in MMDDYYYY format.*    **From ▶** July 01, 2022    **To ▶** Sep 30, 2022

**Claimant's registration no.▶**  U V _____ 2006-001105-UV _____    *Complete for lines 1a, 2a, 4a, 4b, 5a, and 5b. Also complete for lines 3d and 3e, type of use 14.* **Note:** *UV claimant must complete line 6 or 7 on page 3.*

▶  U B _____    *Complete for lines 1b and 2c.*

▶  U P __    *Complete for line 2b.*

▶  U A __    *Complete for line 3. See* **UV** *for lines 3d and 3e, type of use 14.*

---

**1    Sales by Registered Ultimate Vendors of Undyed Diesel Fuel**

Claimant sold the diesel fuel at a tax-excluded price, repaid the amount of tax to the buyer, or obtained written consent of the buyer to make the claim. **For line 1a,** claimant has obtained the required certificate from the buyer and has no reason to believe any information in the certificate is false. **For line 1b,** the registered ultimate vendor is eligible to make this claim only if the buyer waives their right to make the claim by providing the registered ultimate vendor with an unexpired waiver and has no reason to believe any of the information in the waiver is false. See the instructions for additional information to be submitted.  ☐

Claimant certifies that the diesel fuel did not contain visible evidence of dye.

**Exception.** If any of the diesel fuel included in this claim **did** contain visible evidence of dye, attach an explanation and check here   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶  ☐

**Caution:** Claims cannot be made on line 1a for diesel fuel purchased by a state or local government for its exclusive use with a credit card issued to the state or local government by a credit card issuer.

| | **(a) Rate** | **(b) Gallons** | **(c) Amount of refund**<br>*Multiply col. (a) by col. (b)* | **(d)**<br>**CRN** |
| --- | --- | --- | --- | --- |
| **a**  Use by a state or local government | $.243 | 937,365 | $    227,779.70 | 360 |
| **b**  Use in certain intercity and local buses | .17 | | | 350 |

---

**2    Sales by Registered Ultimate Vendors of Undyed Kerosene (Other Than Kerosene For Use in Aviation)**

Claimant sold the kerosene at a tax-excluded price, repaid the amount of tax to the buyer, or obtained written consent of the buyer to make the claim. **For line 2a,** claimant has obtained the required certificate from the buyer and has no reason to believe any information in the certificate is false. **For line 2b,** claimant has a statement, if required, that contains the date of sale, name and address of the buyer, and the number of gallons of kerosene sold to the buyer. **For line 2c,** the registered ultimate vendor is eligible to make this claim only if the buyer waives their right to make the claim by providing the registered ultimate vendor with an unexpired waiver and has no reason to believe any of the information in the waiver is false. See the instructions for additional information to be submitted.

Claimant certifies that the kerosene did not contain visible evidence of dye.

**Exception.** If any of the kerosene included in this claim **did** contain visible evidence of dye, attach an explanation and check here   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶  ☐

**Caution:** Claims cannot be made on line 2a for kerosene purchased by a state or local government for its exclusive use  ☐<br>with a credit card issued to the state or local government by a credit card issuer.

| | **(a) Rate** | **(b) Gallons** | **(c) Amount of refund**<br>*Multiply col. (a) by col. (b)* | **(d)**<br>**CRN** |
| --- | --- | --- | --- | --- |
| **a**  Use by a state or local government | $.243 | | $ | 346 |
| **b**  Sales from a blocked pump | .243 | | | |
| **c**  Use in certain intercity and local buses | .17 | | | 347 |

**For Privacy Act and Paperwork Reduction Act Notice, see the Form 8849 instructions.**    Cat. No. 27450U    **Schedule 2 (Form 8849) (Rev. 12-2020)**

Schedule 2 (Form 8849) (Rev. 12-2020) | Page **2**

Name as shown on Form 8849

**PRO ENERGY LLC**

EIN ████████

**3   Sales by Registered Ultimate Vendors of Kerosene for Use in Aviation**

Claimant sold the kerosene for use in aviation at a tax-excluded price and has not collected the amount of tax from the buyer, repaid the amount of tax to the buyer, or has obtained written consent of the buyer to make the claim. **For lines 3a, 3b, 3d, 3e, and 3f,** the registered ultimate vendor is eligible to make this claim only if the buyer waives their right to make the claim by providing the registered ultimate vendor with an unexpired waiver and has no reason to believe any of the information in the waiver is false. **For line 3c,** claimant has obtained the required certificate from the buyer and has no reason to believe any of the information in the certificate is false. See the instructions for additional information to be submitted. See the instructions for sales of kerosene used in commercial aviation from March 28, 2020, through December 31, 2020.

| | Type of use | (a) Rate | (b) Gallons | (c) Amount of refund<br>Multiply col. (a) by col. (b) | (d) CRN |
|---|---|---|---|---|---|
| **a** Use in commercial aviation (other than foreign trade) taxed at $.219 | | $.175 | | $ | 355 |
| **b** Use in commercial aviation (other than foreign trade) taxed at $.244 | | .200 | | | 417 |
| **c** Nonexempt use in noncommercial aviation | | .025 | | | 418 |
| **d** Other nontaxable uses taxed at $.244 | | .243 | | | 346 |
| **e** Other nontaxable uses taxed at $.219 | | .218 | | | 369 |
| **f** LUST tax on aviation fuels used in foreign trade | | .001 | | | 433 |

**4   Sales by Registered Ultimate Vendors of Gasoline**

Claimant sold the gasoline at a tax-excluded price and has not collected the amount of tax from the buyer, repaid the amount of tax to the buyer, or has obtained written consent of the buyer to make the claim; and obtained an unexpired certificate from the buyer and has no reason to believe any information in the certificate is false. See the instructions for additional information to be submitted.

**Caution:** Claims cannot be made on line 4a or 4b for gasoline purchased by a state or local government or a nonprofit educational organization for its exclusive use with a credit card issued to the state or local government or nonprofit educational organization by the credit card issuer.

| | (a) Rate | (b) Gallons | (c) Amount of refund<br>Multiply col. (a) by col. (b) | (d) CRN |
|---|---|---|---|---|
| **a** Use by a nonprofit educational organization | $.183 | | $ | 362 |
| **b** Use by a state or local government | .183 | 1,391,195 | 254,588.69 | |

**5   Sales by Registered Ultimate Vendors of Aviation Gasoline**

Claimant sold the aviation gasoline at a tax-excluded price and has not collected the amount of tax from the buyer, repaid the amount of tax to the buyer, or has obtained written consent of the buyer to make the claim; and obtained an unexpired certificate from the buyer and has no reason to believe any information in the certificate is false. See the instructions for additional information to be submitted.

**Caution:** Claims cannot be made on line 5a or 5b for aviation gasoline purchased by a state or local government or a nonprofit educational organization for its exclusive use with a credit card issued to the state or local government or nonprofit educational organization by the credit card issuer.

| | (a) Rate | (b) Gallons | (c) Amount of refund<br>Multiply col. (a) by col. (b) | (d) CRN |
|---|---|---|---|---|
| **a** Use by a nonprofit educational organization | $.193 | | $ | 324 |
| **b** Use by a state or local government | .193 | | | |

Schedule 2 (Form 8849) (Rev. 12-2020)

Schedule 2 (Form 8849) (Rev. 12-2020)                                                                    Page **3**

| Name as shown on Form 8849 | EIN |
|---|---|
| PRO ENERGY LLC | ████████████ |

### 6    Government Unit Information

Complete if making a claim on lines 1a or 2a; or lines 3d and 3e for type of use 14. Enter the information below for each governmental unit to whom the fuel was sold. If more space is needed, attach additional sheets.

| Taxpayer Identification No. | Name | Gallons |
|---|---|---|
| ████████ | Aventura Police | 0 |
| ████████ | Broward College | 425 |
| ████████ | Charlotte County | 79,322 |
| ████████ | City of Dunedin | 26,138 |
| ████████ | City of Gulfport | 10,449 |
| ████████ | City of Largo | 72,885 |
| ████████ | City of Miami Beach | 2,163 |
| ████████ | City of Miami Springs | 6,306 |
| ████████ | City of Palm Beach Gardens | 12,808 |
| ████████ | Florida Department of Corrections | 4,928 |
| ████████ | Florida Dept of Environmental Protection | 0 |

### 7    Nonprofit Educational Organization and Government Unit Information

Complete if making a claim on line 4a, 4b, 5a, or 5b. Enter the information below for each nonprofit educational organization or governmental unit to whom the gasoline or aviation gasoline was sold. If more space is needed, attach additional sheets.

| Taxpayer Identification No. | Name | Gallons |
|---|---|---|
| ████████ | Aventura Police | 26,529 |
| ████████ | Broward College | 6,255 |
| ████████ | Charlotte County | 76,860 |
| ████████ | City of Dunedin | 19,227 |
| ████████ | City of Gulfport | 14,573 |
| ████████ | City of Largo | 56,853 |
| ████████ | City of Miami Beach | 3,409 |
| ████████ | City of Miami Springs | 11,590 |
| ████████ | City of Palm Beach Gardens | 60,093 |
| ████████ | Florida Department of Corrections | 40,936 |
| ████████ | Florida Dept of Environmental Protection | 850 |

Schedule 2 (Form 8849) (Rev. 12-2020)

Schedule 2 (Form 8849) (Rev. 12-2020)                                                                            Page **3**

| Name as shown on Form 8849  PRO ENERGY LLC | EIN ██████████ |
|---|---|

**6    Government Unit Information**

Complete if making a claim on lines 1a or 2a; or lines 3d and 3e for type of use 14. Enter the information below for each governmental unit to whom the fuel was sold. If more space is needed, attach additional sheets.

| Taxpayer Identification No. | Name | Gallons |
|---|---|---|
| ████████ | Florida Dept of Transportation | 11,416 |
| ████████ | HIllsboro County Public Schools | 0 |
| ██████ | Hillsboro County Sheriff | 0 |
| ██████ | Lake Worth Public Works | 27,578 |
| ██████ | Manatee County School District | 7,884 |
| ██████ | Miami-Dade PS | 33,525 |
| █████ | Orange County | 371,941 |
| ███████ | Pinellas County BOCC | 89,697 |
| ██████ | Pinellas County School Board | 158,330 |
| ███████ | Seacoast Utility Authority | 5,516 |
| ███████ | South Florida Water Management Dist | 8,381 |

**7    Nonprofit Educational Organization and Government Unit Information**

Complete if making a claim on line 4a, 4b, 5a, or 5b. Enter the information below for each nonprofit educational organization or governmental unit to whom the gasoline or aviation gasoline was sold. If more space is needed, attach additional sheets.

| Taxpayer Identification No. | Name | Gallons |
|---|---|---|
| █████████ | Florida Dept of Transportation | 22,169 |
| ███████ | HIllsboro County Public Schools | 59,140 |
| ██████ | Hillsboro County Sheriff | 472,129 |
| ██████ | Lake Worth Public Works | 19,600 |
| ███████ | Manatee County School District | 7,873 |
| ███████ | Miami-Dade PS | 10,892 |
| ██████ | Orange County | 0 |
| ███████ | Pinellas County BOCC | 338,749 |
| ███████ | Pinellas County School Board | 47,286 |
| ██████ | Seacoast Utility Authority | 15,807 |
| ███████ | South Florida Water Management Dist | 9,262 |

Schedule 2 (Form 8849) (Rev. 12-2020)                                                                 Page **3**

| Name as shown on Form 8849 | EIN |
|---|---|
| PRO ENERGY LLC | ███████████ |

**6    Government Unit Information**

Complete if making a claim on lines 1a or 2a; or lines 3d and 3e for type of use 14. Enter the information below for each governmental unit to whom the fuel was sold. If more space is needed, attach additional sheets.

| Taxpayer Identification No. | Name | Gallons |
|---|---|---|
| ████████ | South West Florida Water Mgmt Dist | 6,419 |
| ████████ | Tampa Bay Water | 0 |
| ████████ | Town of Jupiter | 1,254 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**7    Nonprofit Educational Organization and Government Unit Information**

Complete if making a claim on line 4a, 4b, 5a, or 5b. Enter the information below for each nonprofit educational organization  or governmental unit to whom the gasoline or aviation gasoline was sold. If more space is needed, attach additional sheets.

| Taxpayer Identification No. | Name | Gallons |
|---|---|---|
| ████████ | South West Florida Water Mgmt Dist | 8,862 |
| ████████ | Tampa Bay Water | 7,384 |
| ████████ | Town of Jupiter | 54,867 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Schedule 2 (Form 8849) (Rev. 12-2020)**