# EXHIBIT 353

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.:  1:23-cv-21705

PRO ENERGY, LLC,

                    Plaintiff,

vs.

UNITED STATES OF AMERICA,

                    Defendant.

_____/

        VIDEOTAPED DEPOSITION OF WILLIAM TERRON

           TAKEN ON BEHALF OF THE PLAINTIFF

                501 East Las Boulevard, Third Floor

                Fort Lauderdale, Florida 33301

                September 12, 2024

                1:00 p.m. to 5:00 p.m.

     REPORTED BY

     MARLA SCHREIBER, COURT REPORTER

     NOTARY PUBLIC, STATE OF FLORIDA

     Job No. CS6899367

William Terron                                          September 12, 2024

Page 2

APPEARANCES OF COUNSEL

ON BEHALF OF THE DEFENDANT:

U.S. DEPARTMENT OF JUSTICE

By CHRISTOPHER MERINO, ESQ.

By DANIEL CAUSEY, ESQ.

P.O. Box 14198

Washington, D.C. 20044

christopher.merino@usdoj.gov


ON BEHALF OF PLAINTIFF:

FOGARTY MUELLER HARRIS, PLLC

By BRIAN R. HARRIS, ESQ.

501 E Kennedy Boulevard, Suite 1030

Tampa, Florida 33602

brian@fmhlegal.com

ALSO PRESENT:

VICTOR FUENTES, Videographer

CLEMENTE CRUZ

INDEX OF EXAMINATION

WITNESS:  WILLIAM TERRON

DIRECT EXAMINATION                              PAGE

By Mr. Brian Harris, Esquire                      4

William Terron                                                September 12, 2024

Page 3

                               E X H I B I T S

Plaintiff's Exhibit  50                    Page:  18
(UV Approval Letter)

Plaintiff's Exhibit  23                    Page:  20
(Form 637)

Plaintiff's Exhibit  48                    Page:  27
(Activity Report)

Plaintiff's Exhibit  24                    Page:  32
(Letter)

Plaintiff's Exhibit  25                    Page:  34
(Letter)

Plaintiff's Exhibit  26                    Page:  35
(Appointment Confirmation Letter)

Plaintiff's Exhibit  27                    Page:  41
(IDR)

Plaintiff's Exhibit  28                    Page:  54
(Denial Registration)

Plaintiff's Exhibit  29                    Page:  55
(Pro Energy UV Registration)

Plaintiff's Exhibit  48                    Page:  37
(Activity Records)

Plaintiff's Exhibit 49                     Page:  57
(Form 3499C)

Plaintiff's Exhibit 51                     Page:  64
(3639 Letter)

Plaintiff's Exhibit 33                     Page:  70
(916C Letter)

Plaintiff's Exhibit 5                       Page:  72
(Claim Form 8849)

Plaintiff's Exhibit 6                       Page:  74
(Claim Form 8849)

Plaintiff's Exhibit 207                    Page:  76
(Tax Exempt Forms)

William Terron                                    September 12, 2024

Page 28

starting with April 21st, 2020 all the way down on the second page to September 18, 2022.

Do you see those various entries?

A     Yes.

Q     When do you make these entries in the activity record?

A     The day that I put some work on it is required for us to account our time and just doing everything of what we have been doing in each case.

Q     I want to ask you a few questions.

So up at the top of the -- again, we are still looking at Exhibit 48.

On the left-hand side, I see taxpayer name and address and it's blank.  And then underneath that, it's business name and address.  And it says Pro Energy, LLC, 900 Sheridan Street, Suite 136, Pembroke Pines, Florida 33324.

Do you see that, Mr. Terron?

A     Yes, sir.

Q     And then over on the right-hand side I see taxpayer representative name and address, Chas DeFelice, 1093 Shotgun Road, Fort Lauderdale, Florida 33326.

Do you see that?

A     Yes, sir.

William Terron                          September 12, 2024

Page 64

another to approve Pro Energy's UV registration?

A    No.

Q    What happened after Mr. Gilliam concurred with your recommendation to approve Pro Energy's UV registration?

A    I receive the letter signed and with the number and I put it in the mail, send it to Mr. Clemente.

Q    Can we look at Exhibit 51, which should be in front of you?

Do you recognize what Exhibit 51 is, Mr. Terron?

A    Yes.  This is the 3639 letter.  It's an approval of the registration.

(Whereupon, the above referred-to document was marked as Plaintiff's Exhibit 51.)

BY MR. HARRIS:

Q    This was mailed out to Pro Energy.  I see the date at the top January 9, 2024 so shortly after your visit in December of 2023 on site; is that correct?

A    Right.

Q    And it has got the new registration number 2004- and it lists the number there; is that right?

A    Correct.